**Fernando MORALES, Plaintiff–Appellant**

v.

**SQUARE, INC., Defendant–Appellee.**

No. 2015–1319.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2015.

Fernando Morales, Rancho Viejo, TX, pro se.

Stefani E. Shanberg, Wilson, Sonsini, Goodrich & Rosati, PC, San Francisco,

CA, for appellee. Also represented by Robin L. Brewer; David H. Kramer, Palo Alto, CA.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

### COSTS

Costs awarded to Square, Inc.